IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| APRIL TERRY, | ) |
|                 Plaintiff, | ) Case No. 12 CV 03679 |
| v. | ) Honorable Ruben Castillo |
| | ) Judge Presiding |
| ALVERNO CLINICAL LABORATORIES, | ) Magistrate Judge Keys |
|                 Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, APRIL TERRY, by her attorney, LISA KANE of LISA KANE & ASSOCIATES, and Defendant, ALVERNO CLINICAL LABORATORIES, by its attorney, LINDA K. HORRAS of HINSHAW & CULBERTSON LLP, that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: September 26, 2012

| | |
|---|---|
| /s/ Lisa Kane | /s/ Linda K. Horras (By consent) |
| LISA KANE | LINDA K. HORRAS |
| LISA KANE & ASSOCIATES | HINSHAW & CULBERTSON LLP |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| 141 WEST JACKSON BOULEVARD | 222 NORTH LA SALLE STREET |
| SUITE 3620 | SUITE 300 |
| CHICAGO, ILLINOIS 60604 | CHICAGO, ILLINOIS 60601 |
| (312) 606-0383 | (312) 704-3000 |
| ATTORNEY CODE NO. 06203093 | ATTORNEY CODE NO. 06200203 |